3:18-CV-1659-PK

FILED 12 SEP '18 10:21 USDC-ORP

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Date: 09-09-2018

, Isaacky Gavrilovich Sharipoff

              Plaintiff,

VS.

COMPLAINT

, Jason myers    (Sheriff)

(SGT) Ramsey    (Deputy)

Sophie Polonsky    (Deputy)

Whittaker    (Deputy)

C.Crites    (Deputy)

Velasquez, or Dominick Crisafulli (Deputy)

             Defendants.

_ No lawsuits before in a State or Federal court. The FACTS involved relating imprisonment. YES [x]

### Plaintiff

_ My address is : Isaacky Gavrilovich Sharipoff

    Po . Box # 514

    Woodburn , Oregon [97071].

Page 1 of 3

_ I was in JAIL MARION COUNTY Salem, Oregon. Start on Dec 1, 2017 to Feb 27, 2018.

_ MARION COUNTY has prisoner grievance procedure, but the Documents are extracted, stolen to enable Legal due process.

_ I did present the FACTS relating to this complaint in the State JAIL, but NO help!. I received nothing but more threats and all Affidavits I got been stolen. I did mention in a State court, but same outcome.

_ I had to wait until I got out and file a TORT CLAIM petition the Government for redress of grievances.

_ They defaulted, because of guilt.

_ <u>Defendants</u>: Jason Myers employed as MARION COUNTY SHERIFF

_ (SGT). Ramsey, Sophie Polonsky (deputy), Whittaker (deputy), Velasquez or Dominick Crisafulli (deputy), C. Crites (deputy).

et. al work for MARION COUNTY JAIL

4000 Aumsville HWY SE

Salem, Oregon [97317].

_ Deputies Whittaker, Velasquez, C.Crites and Sophie Polonsky entered my Cell # C3 - 103 at approximately 4:00 AM, used bad words and ordered me to take my clothing off and to show them my private parts of my body. Because I refused to do such illegal shameful act in presence of others womans officers.

_ Whittaker said: fuck the fuckin Russian (I was born in Portland Oregon and my mom is American, why descriminate me?) at this hour everyone is a sleep, " NO " evidence! of course wanton conscious and intentional desire to do harm for satisfaction without Legal justification, inflicting injury, damage, pain and suffering including mental anguish and nightmares. Such evil spirit and venemous act which make them conspire, descriminate, torture and motivate them in such way in doing harm to others

who are helpless .

### - Relief-

_ There MUST be some relief , because I cannot move or do something without feeling pain . MUST be some compensation because there is total negligence and deliberate indifference revealed and exposed per the evidence they left and failed to rebut Affidavits ! , per their missuse and abuse of power in order to enjoy other peoples injury , damage pain and suffering for their satisfaction and enjoyment , they are liable .

_ Why should't they answer for all they done ?.

I declare under penalty of perjury per 28 U.S.C. §1746 ; (1)

Executed on : 09-09-2018

Signature : *Isaachy Gavrilovich*