AFFIDAVIT OF TRUTH

Date: 12-18-18

1- That in FACT Deputy Crisafulli Dominick hide his name for all the time I was in jail. Due to the FACT he was involved in assault mentioned in complaint.

2- That in FACT he did aviod me as much as he could, to hide his guilt.

3- That in FACT the other deputies refuse to tell me his name.

4- That in FACT I had to find his name trough Marion County Sheriffs web site.

5- That in FACT there is is another woman who participate in assault did the same as mentioned in paragraph #1 hide her name but I will recognize her if I see her face. For that reason I will place her name JHON DOE female deputy.

That in FACT under penalty of perjury all FACTS are true & correct to the best of my ability.

All Rights reserved
Signature: *Isaocky Jartibovich*

Oregon State County of Marion

Signed and sworn before me on this...18th...Day of December...,2018.

*[signature]*
Notary Public

December 10, 2021
My commission expires

OFFICIAL STAMP
MARICELA GONZALEZ MERINO
NOTARY PUBLIC - OREGON
COMMISSION NO. 969315
MY COMMISSION EXPIRES DECEMBER 10, 2021