FILED 07 JAN '19 12:36 USDC-ORE

UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON

Isaacky Gavrilovich Sharipoff )
_____ )
*Plaintiff(s)* )
          v. )    Civil Action No. 6:18-cv-1659-SI
 )
 )
 )
Jason Myers et al )
_____ )
*Defendant(s)* )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Sophie Polonsky

  Address :    4040 Aumsville Hwy SE
                 Salem, Oregon (97317).


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Isaacky Gavrilovich Sharipoff
    Po Box # 514
    Woodburn, Oregon (97071).


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/13/2018

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:18-cv-1659-SI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sophie Polonsky
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* First Class Mail
Certified Receipt Return # 7016 3560 0001 1346 7750.
To: Sophie Polonsky
Address : 4040 Aumsville Hwy SE
Salem, Oregon (97317).

My fees are $ 12.90 for travel and $ 17.10 for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 12-20-18

*Isaacky Gavrilovich* (signature)
*Server's signature*

Isaacky Gavrilovich Sharipoff
*Printed name and title*

P.O. Box # 514, Salem, Oregon (97071).
*Server's address*

Additional information regarding attempted service, etc:

```
==================================
          HUBBARD
         3016 G ST
          HUBBARD
            OR
         97032-7032
         4040160204
12/20/2018    (800)275-8777    2:27 PM
==================================
==================================
Product              Sale      Final
Description           Qty      Price

PM 1-Day              1        $6.70
   (Domestic)
   (SALEM, OR  97317)
   (Weight:0 Lb 15.30 Oz)
   (Expected Delivery Date)
   (Friday 12/21/2018)
Certified             1        $3.45
   (@@USPS Certified Mail #)
   (70163560000113467750)
Return                1        $2.75
Receipt
   (@@USPS Return Receipt #)
   (95909402324771961364 81)
Total                          $12.90
Debit Card Remit'd             $12.90
   (Card Name:VISA)
   (Account #:XXXXXXXXXXXX2281)
   (Approval #:        )
   (Transaction #:187)
   (Receipt #:006882)
   (Debit Card Purchase:$12.90)
   (Cash Back:$0.00)
   (AID:A0000000980840
   (AL:US DEBIT)           Chip)
   (PIN:Verified)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

       Preview your Mail
       Track your Packages
       Sign up for FREE @
       www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business

Note: Priority Mail Express refund
restrictions in effect for mailing
         dates Dec. 22 - 25

     HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

              Go to:
     https://postalexperience.com/Pos

840-5970-0029-001-00011-66340-02

      or scan this code with
      your mobile device:
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SALEM, OR 97317   OFFICIAL USE

Certified Mail Fee  $3.45     0204
                    $2.75      01

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $6.70

Total Postage and Fees  $12.90       12/20/2018

Sent To  Sophie Polonsky (summons)
Street and Apt. No., or PO Box No. 4040 Aumsville Hwy SE
City, State, ZIP+4®  Salem, Oregon (97317)

PS Form 3800, April 2015  PSN 7530-02-000-9047  See Reverse for Instructions

7016 3560 0001 1346 7750

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Sophie Polonsky
   4040 Aumsville Hwy SE
   Salem, Oregon (97317)

   9590 9402 3247 7196 1364 81

2. Article Number (Transfer from service label)
   7016 3560 0001 1346 7750

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  [signature]         ☐ Agent
                       ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                12-26-18
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

From: Isaacky of the family Sharipoff
Po Box # 514
Woodburn, Orega (97071)



to: Clerk of the Court
Wayne L. Morse Courthouse
405 East Eight Ave.
Eugene, Oregon (97401).