FILED 19 FEB '19 15:58 USDC-ORE

## Affidavit of Truth

Living Testimony in Affidavit form, under affirmation of penalty of perjury and demand NOTICE for failure to provide NOTICE and other violation of unalienable Rights, Civil Rights, RICO.

NOTICE to Principal is NOTICE to Agent

NOTICE to Agent is NOTICE to Principal

NOTICE to One is NOTICE to Everyone!

1- I'm a private living man,: Known as one of the People. Isaacky the common man by babtism and private; Isaacky Gavrilovich of the family Sharipoff and as beneficiary to the Private Membership Association, THE STRAW MAN; also known as ISAACKY GAVRILOVICH SHARIPOFF.

That in FACT I'm in this court only because of DEFAULT on the defendants silence, as the EXHIBIT (P) dated 07-18-2018,and EXHIBIT (R) dated 09-05-2018 mentioned seth fort they are in existance in the TORT CLAIM division of Oregon and the TORT CLAIM division is silent because they know they ADDMIT DEFAULT ,for this addmission and confession we agree for the Jury trial.

" As long as the Constitution endured, this supreme Court must exist with it, deciding in peaceful forms of judicial proceedings the angry and irritating controversies between sovereignties." --Judge Taney

POINT: If The "Individual People" were not the true Sovereigns, how could he say this?(above) This is a "Proof" that the Individual People are the TRUE SOVEREIGNS above government!!

Persons VS. People (Artificial Persons VS. Natural Persons)

"The word "persons in legal terminology is perceived as a general word which normally includes in it's scope a veriety of entities other than human beings. See e.g 1 U.S.C. ss 1. Church of scientology V. U.S. Dep. of Justice (1979) 612 F 2d 417, 425.

Citizenship (State V. Federal or U.S.)

"Wile the 14th Ammendment does NOT create a national citizenship, it has the effect of making that citizenship 'paramount and dominant' "-- Supreme Court, Colgate VS. Harvey 296 U.S. 404, 427; 80 L. Ed. 299 1935; See page 309 Lawyers Ed.

United States of America VS. UNITED STATES INC.

"Governments descend to the level of mere private corporation and take on the characteristics of a mere private citizen... Where private corporate commercial paper [federal reserve notes] and securities [checks] is concerned...For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government. Clearfield Trust Company V. United States, 318 U.S. 363-371, (1942). See Note.

Note: The Clearfield Doctrine is stare decisis* upon all courts, and imposes that "an entity cannot compel performance upon its corporate statutes or corporation rules unless it, like any other corporation, is the Holder in Due Course of some contract or commercial agreement between it, and the one on whom its demands for performance are made, and is willing to produce said document, and to place the same into evidence before trying to enforce its demand.

*STARE DECISIS. n. [Latin "to stand by things decided"] The doctrine of precedent, under which it is necessary for a court to follow earlier judicial decisions when the same points arise again in litigation. Black's 7th.

"When governments enter the World of commerce, they are subject to the same burdens as any private firm or corporation" -- U.S. V. Burr, 309 U.S. 242. See: 22 U.S.C.A.286e, Bank of U.S. vs. Planters Bank of Georgia, 6L, Ed. (9 Wheat) 244; 22 U.S.C.A. 286 et seq., C.R.S. 11-60-103.

So you Joseph C Miller File a written "Notice of Appearance", so NOT only in this court but in all courts and every case u represent that you as a lawyer admitting to all the courts that you are a Foreign Agent and you requesting permission to represent in the corporate courts, your contracts with the lawyer gives you "your sovereign power of attorney to represent your best intrest and immediately uses it against your self by admitting to the judge that you exept jurisdiction and decisions of the corporate court! (so much on winning on my appeals). This group is a brotherhood and these corporate courts are a business and everything is about commerce! People are regarded as nothing more than corporate property!.

The America B.A.R. Association is actually a branch of the, National Lawyers Guild Communist Party, which can only be located in the hard copy printing of 28 USC 3002, section 15a. The on-line version of Title 28 USC has been altered by the Attorney General to read entirely different, apparently because this fact has recently shown up in too many private court petitions and memorandums of Law.

To become a member of the American B.A.R. Association, applicants must have obtained a Doctorate in Law or the equivalent thereof and passed an examination designed to test the depht of their indoctrination. If they pass, they are required to surrender their American Citizenship and swear allegiance to the Queen of England and not the Constitution! This means that all carrying American lawyers are foreign agents, liars, traitors and communist!

2

No wonder Jesus warned us about, "lawyers!" - Luke 11:42 to 53, Woe on to you judges and lawyers experts in law.

Violence perpetrated by the defendants Jason Myers et.al. becomes similar to KU KLUX KLAN, conspiratorial violence practiced if "NOT" even worst as the agents Defendants work for the Oregon State. Of course we can visualize State officials in secret torture People, such Defendants are subject to threats & intimidation.

Do to tha FACTS of Good Faith which at the State level dont exist or ineffective at State in TORT CLAIMS and Redress of grievancess dont exist!.

Ku Klux Klan => meaning "circle" and unconstitutional.

The Defendants attack on individual Rights, absent equal protection or Due Process, vigilante groups in jail knowing when to do it as the other inmates are a sleep.

Article III court in America and/or international courts of justice, without your protest or objection, or that of those who represent you. Your silence is your acquiescence. [Connaly V. General Construction Co., 269 U.S. 385, 391]. Notification of legal responsability is "the first essential of due process of law. " [U.S. V. Tweel, 550 F. 2d. 297.] "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an equity left unanswered would be intentionally misleading."  You swore an oath to uphold and support the The United States of America Constitution, circa 1819 thru 1860-61 the Original Oregon Constitution, and pursuant to your oaths, you are required to abide by that oath in the performance of your official duties as public servants. You have no Constitutional or other valid authority to defy the Constitutions, to which you owe your LIMITED authority, delegated to you by and through the People, and to which you swore your oaths. By your unlawful actions, specifically enumerated and described up above all other documents sent to you, you acted in sedition and insurrection against the Constitutions, both federal and State, violated treaty laws (supreme Law of the Land) and committed treason against "We the People." So you will agree even before the jury that you refused to answer my questiones and rebut all Affidavits sent to you mentioned up above?.

Lawful notification has been provided to the defendants in numerous occasions. If you et.al. refuse timely rebut the statements, declarations, and averments made in this Testimony/Affidavit/Declaration, Then you agree with and admit to them. Pursuant to this lawful notification, if you desagree with anything stated in this Affidavit/Declaration of Truth, you are required to rebut that with which you desagree, with prticularity within twenty one (21) days of receipt thereof, by means of your written, notarized Affidavit of Truth, based upon specific, revelant fact and valid, Constitutionally compliant Law, specific to the Bills of Rights, to support your desagreement. Along with your rebutting Affidavit, you are required to provide a certified copy of your Oath of Office; public hazard bond information including contact, badge #

if applicable; Foreign Agent Registration, evidence that support them, are not repugnant to the Constitutions specific to the Bill of Rights, not in violation to Treaties, and that they apply to private living People. I reserve my unlimited, unalienable Right not to be compelled to perform to the terms of any unrevealed contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. Furthermore, I do not accept nor consent to the liability associated with the compelled benefit of any unrevealed contract or commercial agreement.

Evident, this becomes knowledge to the Judge. "We the People" in the Oregon State notify and demand this Defendants and the government to provide Due Process of Law of our Constitutions: Failure to provide due process and other violations of unalienable Rights, Civil Rights and RICO. All Due process violations of governing law are punishable 18 USC 3571 and other codes, thus of our unalienable Rights guaranteed by our Constitutions c1859.

Failure to respond, you et.al Defendants (as you usually do) There is admission and confession that you agree to pay the amount mentioned in all other Documents, and there is no judge no jury that could substitute this Truth which you agree by your silence absent your protest.

All Rights reserved,

without prejudice, UCC 1-308, Good faith UCC 1-203. By: *Isaacky gavrilovich*
Isaacky Gavrilovich Sharipoff

JURAT

On Oregon within The United States of America, without the state of oregon, without the united states, without County of Oregon.

Subscribed and sworn by: Isaacky Gavrilovich Sharipoff proved to me on the basis of satisfactory evidence before me, this _14th_ day of _February_, 2019.

_____
Notary Public

OFFICIAL STAMP
MARICELA GONZALEZ MERINO
NOTARY PUBLIC - OREGON
COMMISSION NO. 969515
MY COMMISSION EXPIRES DECEMBER 10, 2021

December 10, 2021

My commission expires

4